KAREN P. HEWITT
United States Attorney
LAURA E. DUFFY
Assistant U.S. Attorney
California State Bar No. 199232
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101
Telephone: (619) 557-6340

Attorneys for Plaintiff
United States of America
Laura.Duffy@usdoj.gov



**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOEFFLER, S.A.de C.V. (1), <br> JOSE ANGEL <br>     GARCIA-HINOJOSA (2), <br><br> Defendants. | Criminal Case No. 05cr1632-L <br><br> **ORDER DISMISSING ORIGINAL INDICTMENT AS TO TWO DEFENDANTS AND RECALLING ARREST WARRANT** |

UPON MOTION OF THE UNITED STATES, and good cause appearing,

IT IS HEREBY ORDERED that the original Indictment in the above referenced case is ordered dismissed as to Corporate defendant Loeffler, S.A.De C.V.(1) and defendant Jose Angel Garcia-Hinojosa (2), and the arrest warrant and/or any summons for defendant Jose Angel Garcia-Hinojosa is ordered recalled and cancelled. The charges in the indictment that are being dismissed are:

**Count 1**: Conspiracy to Import Schedule III Controlled Substances, to wit, anabolic steroids in violation of Title 21, United States Code, Sections 952 (b), 960 (b)(4), and 963;

**Count 2**: Conspiracy to Distribute Schedule III Controlled Substances, to wit, anabolic steroids, in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

**Count 3**: Conspiracy to Launder Money, in violation of Title 21, United States Code, Sections 956(h), 1956(a)(1)(A)(I) and 1956(a)(1)(B)(I); and

**Criminal Forfeiture:** Forfeiture Allegations in violation of Title 21, United States Code, Section 853(a)(1) and (a)(2).

This order of dismissal shall be considered a final adjudication of the allegations in the Indictment as to defendants Loeffler and Jose Angel Garcia-Hinojosa.

IT IS SO ORDERED.

Dated: January 8, 2008

M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KAREN P. HEWITT
United States Attorney

LAURA E. DUFFY
Assistant United States Attorney

Counsel for Plaintiff
United States of America